Christopher J. Reichman  SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, California 92123
Telephone: (619) 683-7971
chrisr@prato-reichman.com

*Attorneys for Plaintiffs*

Daniel Goldman, SBN 342368
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (973) 476-5485
dgoldman@bklwlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated, <br><br>            Plaintiff, <br>      vs. <br><br> QUONTIC BANK, QUONTIC BANK HOLDINGS CORPORATION, <br><br>            Defendants. | Case No.: 8:22-cv-00849-CJC-ADS <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Paul

Sapan and Defendants Quontic Bank and Quontic Bank Holdings Corporation, by

Stipulation of Dismissal with Prejudice

and through their respective attorneys, hereby stipulate to the dismissal of the above-captioned action with prejudice.  Each Party shall bear their own respective costs and attorneys' fees.  This Stipulation for Dismissal disposes of the entire action.

**IT IS SO STIPULATED.**

DATED:  February 14, 2024                    **PRATO & REICHMAN, APC**

                                             /s/ Christopher J. Reichman, Esq.
                                             By: Christopher J. Reichman, Esq.
                                             **Prato & Reichman, APC**
                                             Attorneys for Plaintiffs


DATED:  February 14, 2024                    **Bienert Katzman Littrell Williams LLP**

                                              /s/ Daniel Goldman, Esq.
                                             By: Daniel Goldman, Esq.
                                             Bienert Katzman Littrell Williams LLP
                                             Attorneys for Defendants

## **<u>Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

I, Christopher J. Reichman, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized signing and filing.

<u>/s/ Christopher J. Reichman, Esq.</u>
By: Christopher J. Reichman, Esq.

- 3 -

Stipulation of Dismissal with Prejudice